FILED
CHARLOTTE, NC

AUG 22 2013

US District Court
Western District of NC



NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** 8/8/2013
**To:** Robert J. Conrad, Jr.
U.S. District Court Judge

**From:** Christopher R. Barber
U.S. Probation Officer
**Subject:** Teresa Renee Clark
Docket No.: 3:05CR345-03
Out of Country Travel Request

---

The above named individual was sentenced by Your Honor on 3/28/07, to a term of 48 months imprisonment followed by 8 years supervised release for the offense of Conspiracy to Manufacture and Possess With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. 841(b)(1)(B); 851. The following Special Conditions were ordered: 1) The defendant pay a Special Assessment Fee in the amount of $100.00 (Paid in Full); and 2) The defendant make restitution in the amount of $7,313.07 (Paid in Full).

Ms. Clark has maintained full compliance of her conditions of supervised release since being released from the Bureau of Prisons on 9/11/09. She has attended all scheduled meetings with her probation officer and not submitted any positive urinalysis tests. She is presently employed by Zack's Restaurant in Charlotte, NC and recently obtained a certification for Medical Record Management. Ms. Clark has made a request to take a Carnival Cruise from 9/22/13 until 9/28/13. Her cruise will include stops on Grand Turk, Ocho Rios, Jamaica and Nassau, The Bahamas. The purpose of the trip would be for vacation.

Please indicate your response below. Should you have any questions concerning this matter, please contact me at 704-350-7654.

CRB

Attachments:

(✓) Court Concurs with the U.S. Probation Officer's recommendation.

( ) Denies defendant's request for travel out of country.

_____        _____
Signature of Judicial Officer             Date  8.19.13